1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   JESSICA STEPHENS,                         1:16-cv-00360 MJS (PC)

12              Plaintiff,

13      v.                                      ORDER GRANTING APPLICATION TO
                                                PROCEED IN FORMA PAUPERIS
14   STANISLAUS COUNTY SHERIFF'S                (Document# 2)
     DEPARTMENT, et al. ,
15                                                            and
                Defendant.
16
                                                ORDER DIRECTING PAYMENT
17                                              OF INMATE FILING FEE BY STANISLAUS
                                                COUNTY PUBLIC SAFETY CENTER
18

19

20          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has

21   requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff

22   has made the showing required by § 1915(a) and accordingly, the request to proceed in

23   forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of

24   $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly

25   payments in the amount of twenty percent of the preceding month's income credited to

26   plaintiff's trust account.  The Stanislaus County Public Safety Center is required to send

27   to the Clerk of the Court payments from plaintiff's account each time the amount in the

28   account  exceeds  $10.00,  until  the  statutory  filing  fee  is  paid  in  full.    28  U.S.C.

                                            1

§ 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

**2. The Director of the Stanislaus County  Public Safety Center or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Director of the Stanislaus County Public Safety Center, via the court's electronic case filing system (CM/ECF).

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Sacramento Division.

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of her prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   March 24, 2016          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

2