UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA STEPHENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAUS COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  1:16-cv-00360-AWI-MJS (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO PROVIDE A CURRENT ADDRESS** |

　　　　Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On April 19, 2016, the undersigned dismissed Plaintiff's complaint for failure to state a claim, but gave leave to amend. (ECF No. 7.) On June 6, 2016, the undersigned ordered Plaintiff to show cause why the action should not be dismissed for failure to obey a court order and failure to prosecute, in light of Plaintiff's failure to amend the complaint. (ECF No. 8.) The order to show cause was returned as undeliverable. Plaintiff since has not provided the Court with a current address.

　　　　Local Rule 183(b) requires a party proceeding pro se to keep the Court apprised of his current address: "If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal service, and if such plaintiff fails to notify the Court and

opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Here, more than sixty-three days have passed without Plaintiff providing the Court with her current address.

Accordingly, it is HEREBY RECOMMENDED that the action be DISMISSED WITHOUT PREJUDICE, based on Plaintiff's failure to provide a current address.

The findings and recommendation are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with the findings and recommendation, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Any reply to the objections shall be served and filed within fourteen (14) days after service of the objections. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   August 30, 2016                /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE